UNITED STATES of America,
Plaintiff,

and

Kevin L. Perry, Plaintiff—Appellant,

v.

COUNTY OF SAN DIEGO, a public corporation; et al.,
Defendants—Appellees.

No. 02–55425.

D.C. No. CV–76–010940–MLH.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 22, 2002.

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Kevin L. Perry appeals pro se the district court's denial of a Fed.R.Civ.P. 60(b) motion, which he filed in a 1977 consent decree case in which Perry was not a party. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the denial of a Rule 60(b) motion, *Allmerica Fin. Life Ins. & Annuity Co. v. Llewellyn,* 139 F.3d 664, 665 (9th Cir.1997), and we affirm because none of the applicable grounds for relief exist, *see School Dist. No. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993).

We deny Perry's additional contentions.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

